**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| JOHN GLOVER, an individual, | **CASE NO. 4:21-cv-05065** |
| Plaintiff, | |
| v. | **COMPLAINT** |
| WASTE TREATMENT COMPLETION COMPANY LLC, a Foreign Limited Liability Company, | **JURY DEMAND** |
| Defendant. | |

### I.  PARTIES, JURISDICTION AND VENUE

1.1   Plaintiff, John Glover, is an individual currently residing in Benton County, Washington and a former employee of the Defendant.

1.2   Defendant Waste Treatment Completion Company LLC ("WTCC") is a Delaware corporation operating in Benton County, Washington.

1.3   This Court has original jurisdiction in this matter pursuant to 28 U.S.C. § 1332 as the claim involves diversity of citizenship and an amount in controversy in excess of seventy-five thousand dollars ($75,000).

COMPLAINT – Page 1
Case No.: 4:21-cv-05065

VANGUARD LAW, PLLC
PO BOX 939
POULSBO WA  98370
Office (206) 488-8344

1.4     This Court has ancillary jurisdiction over the state law claims pursuant to 28 U.S.C. §1367(a).

1.5     Venue lies within the Eastern District of Washington under 28 U.S.C. §1391(b) as all parties reside within the State of Washington and this judicial district, and the events underlying this complaint occurred within the State of Washington and this judicial district.

## II.     FACTUAL ALLEGATIONS

2.1     John Glover is a resident of Benton County. He was employed by WTCC beginning on October 13, 2014.

2.2     Mr. Glover was an exemplary employee with no disciplinary history.

2.3     In 2020, Mr. Glover's wife was diagnosed with Stage IV pancreatic cancer, an extremely deadly and serious condition. As a result, Mr. Glover had to expend his entire 12 weeks of paid leave that he had accumulated to care for her.

2.4     After he used up his accumulated paid leave, Mr. Glover applied for federal Family and Medical Leave Act ("FMLA") leave that he was granted on June 29, 2020.

2.5     Mr. Glover also suffered from his own health issues, specifically chronic pain in his shoulder and back and nerve damage in his arm. He scheduled a surgery to address these issues for July 14, 2020 which had to be rescheduled to August 7, 2020 so he could continue caring for his wife during her cancer treatment.

2.6     Mr. Glover applied for and received Washington State Paid Family and Medical Leave Act ("PFMLA") leave from the Washington State Employment Security Department ("ESD").

COMPLAINT – Page 2
Case No.: 4:21-cv-05065

VANGUARD LAW, PLLC
PO BOX 939
POULSBO WA  98370
Office (206) 488-8344

2.7　　On August 13, 2020, ESD approved Mr. Glover's PFMLA leave for the period from August 7, 2020 through December 7, 2020.

2.8　　As of September 21, 2020, Mr. Glover's physician initially thought he would be able to return to work at WTCC by December 7, 2020.

2.9　　On November 6, 2020, upon a later assessment by the doctor, Mr. Glover's recovery from surgery was taking longer than had been anticipated and the doctor felt it would not be safe for Mr. Glover to return to work until approximately January 7, 2021, one month later.

2.10　　Mr. Glover notified WTCC of this additional time required by his doctor for his recovery.

2.11　　On November 19, 2020, WTCC summarily terminated Mr. Glover's employment without engaging in any reasonable accommodation analysis or further dialogue with Mr. Glover or his physician.

2.12　　On December 3, 2020, Mr. Glover's physician extended his need for leave to February 7, 2021 and Mr. Glover was released to full duty as of February 7, 2021.

2.13　　Despite the fact that there were available positions for Mr. Glover to perform on February 7, 2021, WTCC did not return Mr. Glover to employment.

2.14　　As a result of WTCC's termination of Mr. Glover's employment, Mr. Glover has suffered economic and general damages in an amount to be proven at trial.

COMPLAINT – Page 3
Case No.: 4:21-cv-05065

VANGUARD LAW, PLLC
PO BOX 939
POULSBO WA  98370
Office (206) 488-8344

### III.    FIRST CAUSE OF ACTION
### Disability Discrimination
### Washington Law Against Discrimination
### RCW 49.60.180

3.1    Plaintiff realleges paragraphs 1.1 through 2.14 as though fully set forth herein.

3.2    Defendant's termination of Plaintiff's employment and/or failure to reinstate Plaintiff to employment constitutes a violation of the Washington Law Against Discrimination, RCW 49.60.180 ("WLAD"), because Defendant has terminated Mr. Glover due to his disability.

3.3    Defendant's actions and/or omissions constitute a violation of the WLAD because Mr. Glover is a qualified individual with a disability who could perform the essential functions of the job with a reasonable accommodation; namely, additional leave of reasonably certain duration that would not cause an undue hardship to Defendant.

3.4    As a result of Defendant's violations, Plaintiff has been damaged in an amount to be proven at trial.

### IV.    SECOND CAUSE OF ACTION
### Failure to Provide Medical Leave,
### Discrimination and Interference
### Paid Family Medical Leave Act
### RCW 50A.35.010 and RCW 50A.40.010

4.1    Plaintiff realleges paragraphs 1.1 through 3.4 as though fully set forth herein.

4.2    Defendant's termination of Plaintiff's employment and/or failure to reinstate Plaintiff to employment constitutes a violation of RCW 50A.35.010 and/or RCW 50A.40.010.

4.3    As a result of Defendant's violations, Plaintiff has been damaged in an amount to be proven at trial.

4.4    Defendant's violations of the law were willful within the meaning of RCW 50A.40.030(4).

COMPLAINT – Page 4
Case No.: 4:21-cv-05065

VANGUARD LAW, PLLC
PO BOX 939
POULSBO WA  98370
Office (206) 488-8344

## V.     THIRD CAUSE OF ACTION
### Retaliation
### Washington Law Against Discrimination
### RCW 49.60.210

5.1    Plaintiff realleges paragraphs 1.1 through 4.4 as though fully set forth herein.

5.2    Defendant's actions and/or omissions constitute a violation of the WLAD, RCW 49.60.210, insofar as Defendant terminated and/or failure to reinstate Plaintiff because he engaged in protected activity.

5.3    As a result of Defendant's violations, Plaintiff has been damaged in an amount to be proven at trial.

## JURY DEMAND

Pursuant to Federal Rule of Civil Procedure 38, Plaintiff hereby demands a trial by jury of all issues.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court enter an order granting the following relief:

1.    An order finding that Defendant discriminated and/or retaliated against Plaintiff because of his disability in violation of RCW 49.60.180;

2.    An order finding that Defendant failed to reasonably accommodate Plaintiff's disability in violation of RCW 49.60.180;

3.    An order finding that Defendant violated or failed to comply with the requirements of the Washington Paid Family and Medical Leave Act, RCW 50A.40.010;

COMPLAINT – Page 5
Case No.: 4:21-cv-05065

VANGUARD LAW, PLLC
PO BOX 939
POULSBO WA  98370
Office (206) 488-8344

4.  An order granting Plaintiff full back pay and benefits and other actual monetary losses in an amount to be proven at trial as a result of the discriminatory and/or retaliatory actions and/or omissions;

5.  An order granting Plaintiff front pay and benefits designed to adequately compensate Plaintiff for loss of future wages and other economic losses in an amount to be proven at trial;

6.  An order granting Plaintiff an award of damages for all other forms of economic losses and non-economic losses, including without limitation specific damages and general damages for mental anguish, emotional distress, and pain and suffering in an amount to be proven at trial;

7.  An order granting Plaintiff his attorney's fees pursuant RCW 49.60.030(2), RCW 50A.40.040(3), along with costs incurred in prosecuting this action in an amount to be proven at trial;

8.  Liquidated damages pursuant to RCW 50A.40.030(4);

9.  Pre-judgment and post-judgment interest under the above referenced statutes including without limitation RCW 50A.40.030(3)(b);

10. Such other and further relief as the Court deems just and equitable.

COMPLAINT – Page 6
Case No.: 4:21-cv-05065

VANGUARD LAW, PLLC
PO BOX 939
POULSBO WA 98370
Office (206) 488-8344

1

RESPECTFULLY SUBMITTED this 19th day of April, 2021.

2

/s/ *Zachariah Nathan William Thal*
Zachariah Nathan William Thal, WSBA 55462
Spencer Nathan Thal, WSBA 20074
Vanguard Law, PLLC
P.O. Box 939
Poulsbo, WA  98370
Telephone: (206) 818-2499
Facsimile: (360) 626-1919
zach@vanguardlawfirm.com
spencer@vanguardlawfirm.com

**Attorneys for Plaintiff**

COMPLAINT – Page 7
Case No.: 4:21-cv-05065

VANGUARD LAW, PLLC
PO BOX 939
POULSBO WA  98370
Office (206) 488-8344