FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 12, 2021

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOHN GLOVER, an individual,<br><br>                  Plaintiff,<br><br>    v.<br><br>WASTE TREATMENT COMPLETION COMPANY LLC, A Foreign Limited Liability Company,<br><br>                  Defendant. | No.  4:21-cv-05065-SMJ<br><br>**ORDER ADOPTING STIPULATED PROTECTIVE ORDER** |

**IT IS HEREBY ORDERED**:

Pursuant to Federal Rule of Civil Procedure 26(c) and the parties' stipulation, the parties' proposed Stipulated Protective Order, **ECF No. 10-1**, is **APPROVED**, **ADOPTED**, and **INCORPORATED** in this Order by reference.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 12th day of August 2021.

*[signature]*

SALVADOR MENDOZA, JR.
United States District Judge

ORDER ADOPTING STIPULATED PROTECTIVE ORDER – 1