FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 04, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOHN GLOVER, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>WASTE TREATMENT COMPLETION COMPANY, LLC.,<br>a Foreign Limited Liability Company,<br><br>    Defendants. | NO: 4:21-CV-5065-TOR<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT are the Parties' Stipulated Motion for Dismissal and Motion to Expedite. ECF Nos. 27 and 28. The stipulation is filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and provides for the dismissal with prejudice of all claims asserted in the above-captioned action and for each side to bear its own attorneys' fees and costs. The Court has reviewed the record and files herein and is fully informed.

According to Rule 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing a stipulation signed by all parties who have appeared.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED**:

1. The Parties' Stipulated Motion for Dismissal and Motion to Expedite, ECF Nos. 27 and 28, are **GRANTED**.

2. Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, this action is **DISMISSED** with prejudice, each party shall bear its own attorneys' fees and costs.

3. All deadlines, hearings, and trial are **VACATED**.

The District Court Executive is directed to enter this Order and Judgment accordingly, furnish copies to counsel, and **CLOSE** the file.

**DATED** April 4, 2023.



THOMAS O. RICE
United States District Judge